1
2
3
4
5
6
7

JS-6

8

UNITED STATES DISTRICT COURT

9

FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| ELMORE MOTORS dba ELMORE TOYOTA, a California corporation, | Case No. 8:21-cv-02138-JVS-KES |
| Plaintiff, | Assigned to: Hon. James V. Selna United States District Judge |
| vs. | **ORDER APPROVING JOINT STIPULATION TO REMAND** |
| DEALERSOCKET, INC., a Delaware Corporation; and Does 1–25, inclusive, | |
| Defendants. | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

The Court, having considered the Joint Stipulation to Remand of Plaintiff Elmore Motors dba Elmore Toyota ("Plaintiff") and Defendant DealerSocket, LLC f/k/a DealerSocket, Inc. ("Defendant"), and good cause appearing therefor, hereby **APPROVES** the Stipulation and orders as follows:

1.      This action shall be remanded to the court from which this action was removed: Superior Court of the State of California, County of Orange, styled *Elmore Motors dba Elmore Toyota v. DealerSocket, Inc.*, Case No. 30-2021-01231051-CU-BC-CJC (the "State Court");

2.      Each party to bear its own fees and costs to date;

3.      Neither Party shall be deemed to have waived any right, claim, or defense as a result of this Stipulation; and

4.      The clerk of this Court is to provide a certified copy of the Order to Remand to the clerk of the State Court, and then shall close this case.

**IT IS SO ORDERED.**

Date:  October 26, 2022

_____
Hon. James V. Selna
United States District Judge

[PROPOSED] ORDER APPROVING JOINT STIPULATION TO REMAND